# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SHEA, | CASE NO. 1:11-cv-0626-AWI-BAM |
| Plaintiff, | **AMENDED PRELIMINARY SCHEDULING ORDER** |
| vs. | |
| RYLA TELESERVICES, | |
| Defendant. | |
| _____/ | |

This Court conducted a preliminary scheduling conference on January 17, 2012, in the chambers of United States Magistrate Judge Barbara A. McAuliffe. A Preliminary Scheduling Order was issued on January 19, 2012. Upon joint motion of the Parties and good cause shown, the Preliminary Scheduling Order is modified as follows:

1. The deadline to file and serve opposition papers on conditional class certification is **April 16, 2012**;

2. The deadline to file and serve reply papers on conditional class certification is **April 23, 2012**; and

3.  The hearing on Plaintiff's motion for conditional class certification shall be on **May 11, 2012,** at 9:00 a.m. in Department 8 of the United States District Court for the Eastern District of California before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **March 9, 2012**                         /s/ **Barbara A. McAuliffe**
                                                         UNITED STATES MAGISTRATE JUDGE