1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

10

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12      ELIZABETH SHEA,                                    CASE NO. 1:11-cv-0626-AWI-BAM

13                          Plaintiff,                     **SECOND AMENDED SCHEDULING**
                                                           **ORDER**

14          vs.

15      RYLA TELESERVICES,

16                          Defendant.

17      _____/

18          This Court conducted a preliminary scheduling conference on January 17, 2012, in the

19      chambers of United States Magistrate Judge Barbara A. McAuliffe.  A Preliminary Scheduling Order

20      was issued on January 19, 2012 and, upon joint motion of the Parties, was amended on March 9,

21      2012.  By stipulation of the Parties and good cause shown, the Amended Preliminary Scheduling

22      Order is modified as follows:

23          1.    April 30, 2012 deadline to file and serve opposition papers on conditional class
                  certification;
24
            2.    May 7, 2012 deadline to file and serve reply papers on conditional class certification;
25                and

26

27

28

1

3. Hearing on Plaintiff's motion for conditional class certification continued to May 25, 2012 at 9:00 AM in Department 8 of the United States District Court for the Eastern District of California before Magistrate Judge Barbara A. McAuliffe.

The deadlines for the Rule 23 Motion for Class Certification remain the same.

IT IS SO ORDERED.

Dated: __April 16, 2012__   __/s/ Barbara A. McAuliffe__

               UNITED STATES MAGISTRATE JUDGE

2