IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SHEA, | CASE NO. 1:11-cv-0626-AWI-BAM |
| Plaintiff, | **SECOND AMENDED SCHEDULING ORDER** |
| vs. | |
| RYLA TELESERVICES, | |
| Defendant. | |
| _____ / | |

This Court conducted a preliminary scheduling conference on January 17, 2012, in the chambers of United States Magistrate Judge Barbara A. McAuliffe. A Preliminary Scheduling Order was issued on January 19, 2012 and, upon joint motion of the Parties, was amended on March 9, 2012. By stipulation of the Parties and good cause shown, the Amended Preliminary Scheduling Order is modified as follows:

1. April 30, 2012 deadline to file and serve opposition papers on conditional class certification;

2. May 7, 2012 deadline to file and serve reply papers on conditional class certification; and

3.  Hearing on Plaintiff's motion for conditional class certification continued to May 25, 2012 at 9:00 AM in Department 8 of the United States District Court for the Eastern District of California before Magistrate Judge Barbara A. McAuliffe.

The deadlines for the Rule 23 Motion for Class Certification remain the same.

IT IS SO ORDERED.

Dated:   April 16, 2012                    /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE