IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SHEA, *et al.,* | CASE NO. 1:11-cv-0626-AWI-BAM |
| Plaintiffs, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS NO. 75, 76 and 77.** |
| vs. | |
| RYLA TELESERVICES, INC., | |
| Defendant. | |
| _____/ | |

Having reviewed Defendant's request to seal Documents related to the conditional certification and preliminary approval of the parties' settlement (Doc. No. 75, 76, 77), and for good cause shown, the Court GRANTS Defendant's request. Documents No. 75, 76 and 77 shall be SEALED.

IT IS SO ORDERED.

Dated: September 19, 2012         /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE