1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELIZABETH SHEA,                          CASE NO. 1:11-cv-0626-AWI-BAM

12             Plaintiff,

13                                            AMENDED FINDINGS AND
                                              RECOMMENDATIONS ON PARTIES'
     vs.                                      JOINT MOTION FOR CONDITIONAL
14                                            CERTIFICATION AND PRELIMINARY
15                                            APPROVAL OF FLSA SETTLEMENT

16   RYLA TELESERVICES,

17             Defendant.

18   _____/

19

20        On September 18, 2012, this Court issued Findings and Recommendations to the assigned

21   District Judge recommending that the parties' joint motion for conditional certification and

22   preliminary approval of their Fair Labor Standards Act settlement be granted.  (Doc. 77.)

23        On October 2, 2012, Defendant RYLA Teleservices filed objections to the Findings and

24   Recommendations.  (Doc. 80.)  RYLA Teleservices took "no exception to most of Judge

25   McAuliffe's well-reasoned order, [however,] Ryla objects to the portion of the order purporting to

26   require the Parties to 'notify each current and potential Plaintiff of the total amount of the

27   settlement.'"  (Def.'s Objections, 1: 22-27, Doc. 80.)  RYLA objects to this portion of the Findings

28   and Recommendations because RYLA is involved in several other similar class actions, and public

1

1   disclosure of the total settlement amount could compromise those settlement efforts.

2          Having considered Defendant RYLA's objection, and arguments and authorities related

3   thereto, the Court accepts RYLA's objection, and amends the Findings and Recommendations as

4   follows:

5   1.     The "Confidential Notice of Settlement," attached as Exhibit A to the Parties' Joint Motion

6          for Preliminary Approval of FLSA Settlement (Doc. 75, Attach. 3), is not required to state the

7          total amount of the settlement;

8   2.     The sentence beginning on line two of page six of the Findings and Recommendations –

9          "[t]he Parties will notify each current and potential Plaintiff of the total amount of the

10         settlement, as well as his or her estimated share of the settlement" – is amended to read as

11         follows: "The Parties will notify each current and potential Plaintiff of his or her estimated

12         share of the settlement."

13         These findings and recommendations are submitted to the United states District Judge

14  assigned to the case, pursuant to the provisions of Title 28 U.S.C. §636(b)(1). Within ten days after

15  being served with these findings and recommendations, any party may file written objections with

16  the court and serve a copy on all parties.  Such document should be captioned "Objections to

17  Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file

18  objections within the specified time may waive the right to appeal the District Court's order.

19  *Martinez v. Ylst,* 951 F.2d 1153 (9th Cir. 1991).

20         To expedite resolution of these Findings and Recommendations, if the Parties do not have

21  any objections, they should each file a "Notice of Non-Objection to Findings and

22  Recommendations."

23         IT IS SO ORDERED.

24  **Dated:   October 10, 2012                      /s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                              2