IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SHEA, | CASE NO. 1:11-cv-0626-AWI-BAM |
| Plaintiff, | |
| vs. | **AMENDED FINDINGS AND RECOMMENDATIONS ON PARTIES' JOINT MOTION FOR CONDITIONAL CERTIFICATION AND PRELIMINARY APPROVAL OF FLSA SETTLEMENT** |
| RYLA TELESERVICES, | |
| Defendant. | |
| _____/ | |

On September 18, 2012, this Court issued Findings and Recommendations to the assigned District Judge recommending that the parties' joint motion for conditional certification and preliminary approval of their Fair Labor Standards Act settlement be granted. (Doc. 77.)

On October 2, 2012, Defendant RYLA Teleservices filed objections to the Findings and Recommendations. (Doc. 80.) RYLA Teleservices took "no exception to most of Judge McAuliffe's well-reasoned order, [however,] Ryla objects to the portion of the order purporting to require the Parties to 'notify each current and potential Plaintiff of the total amount of the settlement.'" (Def.'s Objections, 1: 22-27, Doc. 80.) RYLA objects to this portion of the Findings and Recommendations because RYLA is involved in several other similar class actions, and public

disclosure of the total settlement amount could compromise those settlement efforts.

Having considered Defendant RYLA's objection, and arguments and authorities related thereto, the Court accepts RYLA's objection, and amends the Findings and Recommendations as follows:

1. The "Confidential Notice of Settlement," attached as Exhibit A to the Parties' Joint Motion for Preliminary Approval of FLSA Settlement (Doc. 75, Attach. 3), is not required to state the total amount of the settlement;

2. The sentence beginning on line two of page six of the Findings and Recommendations – "[t]he Parties will notify each current and potential Plaintiff of the total amount of the settlement, as well as his or her estimated share of the settlement" – is amended to read as follows: "The Parties will notify each current and potential Plaintiff of his or her estimated share of the settlement."

These findings and recommendations are submitted to the United states District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. §636(b)(1). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Martinez v. Ylst,* 951 F.2d 1153 (9th Cir. 1991).

To expedite resolution of these Findings and Recommendations, if the Parties do not have any objections, they should each file a "Notice of Non-Objection to Findings and Recommendations."

IT IS SO ORDERED.

Dated:    **October 10, 2012**            /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE