IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SHEA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>RYLA TELESERVICES,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:11-cv-626-AWI-BAM<br><br>**ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS ON PARTIES' JOINT MOTION FOR CONDITIONAL CERTIFICATION AND PRELIMINARY APPROVAL OF FLSA SETTLEMENT** |

　　　By notice filed on September 11, 2012, Plaintiffs Elizabeth Shea and Barbara Gurtin ("Plaintiffs"), and Defendant RYLA Teleservices, Inc. ("Defendant") (Plaintiffs and Defendant are collectively referred to as the "Parties") jointly filed a motion for conditional certification and preliminary approval of a Fair Labor Standards Act ("FLSA") collective action settlement (the "Joint Motion"). (Doc. 76.)  The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  No oral arguments were held.

　　　On September 18, 2012, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendations recommending the Parties' Joint Motion be granted.  (Doc. 77.) The September 18, 2012 Findings and Recommendations were served on the parties and contained

1

notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days of service of the Order. (Doc. 77, 7: 5-6.)

On October 2, 2012, Defendant RYLA Teleservices filed objections to the Findings and Recommendations. (Doc. 80.) RYLA Teleservices took "no exception to most of Judge McAuliffe's well-reasoned order, [however,] Ryla object[ed] to the portion of the order purporting to require the Parties to 'notify each current and potential Plaintiff of the total amount of the settlement.'" (Def.'s Objections, 1: 22-27, Doc. 80.) RYLA objected to this portion of the Findings and Recommendations because RYLA is involved in several other similar class actions, and public disclosure of the total settlement amount could compromise those settlement efforts.

After considering Defendant RYLA's objection, Magistrate Judge McAuliffe issued amended Findings and Recommendations altering her original Findings and Recommendations as follows:

1. The "Confidential Notice of Settlement," attached as Exhibit A to the Parties' Joint Motion for Preliminary Approval of FLSA Settlement (Doc. 75, Attach. 3), is not required to state the total amount of the settlement;

2. The sentence beginning on line two of page six of the Findings and Recommendations – "[t]he Parties will notify each current and potential Plaintiff of the total amount of the settlement, as well as his or her estimated share of the settlement" – is amended to read as follows: "The Parties will notify each current and potential Plaintiff of his or her estimated share of the settlement."

(Doc. 82.) No objections to the Amended Findings and Recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Amended Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

(1) The Amended Findings and Recommendations filed October 15, 2012 (Doc. 82) are **ADOPTED IN FULL;**

(2) The Parties' Joint Motion for Conditional Certification and Preliminary Approval of FLSA Settlement is GRANTED;

(3) The Court preliminarily certifies an FLSA collective class compromising of: "all persons who worked for RYLA Teleservices as customer-service representatives, and individuals in similar positions that primarily involve providing service to customers through inbound telephone calls in its Clovis, California call center from April 19, 2008 to September 18, 2012;

(4) The Court appoints Elizabeth Shea as representative of the collective action; and

(5) The Court appoints Nichols Kaster, PLLP, as collective class counsel and as a the settlement administrator.

IT IS SO ORDERED.

Dated:   October 30, 2012

CHIEF UNITED STATES DISTRICT JUDGE