James H. Kaster, CA State Bar No. 248949
Kaster@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

David E. Schlesinger, MN Bar No. 387009*
dschlesinger@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
* *admitted pro hac vice*

Attorneys for Plaintiffs and the Proposed Classes

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Elizabeth Shea and Barbara Gurtin, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Ryla Teleservices, Inc.<br><br>Defendant. | **Case No. 1:11-cv-0626-AWI-BAM**<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO RESCHEDULE FAIRNESS HEARING AND AMEND ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS ON PARTIES' JOINT MOTION FOR CONDITIONAL CERTIFICATION AND PRELIMINARY APPROVAL OF FLSA SETTLEMENT**<br><br>Complaint Filed: April 19, 2011 |

This matter came before the Court on the Parties' Joint Stipulation to Reschedule Fairness Hearing and Amend Order Adopting Amended Findings and Recommendations on Parties' Joint Motion for Conditional Certification and Preliminary Approval of FLSA Settlement.

Having reviewed the Parties' stipulation, the Court hereby amends its Order Adopting Amended Findings and Recommendations on Parties' Joint Motion for Conditional Certification and Preliminary Approval of FLSA Settlement (Dkt. 84): The paragraph numbered "(3)" at the top of page 3 is amended to read as follows: "The Court preliminarily certifies an FLSA collective class composed of 'all persons who worked for Ryla Teleservices as customer-service representatives, and individuals in similar positions that primarily involve providing service to customers through inbound telephone calls in its Clovis, California call center from April 19, 2008 to May 3, 2012.'"

The Fairness Hearing in this matter is hereby rescheduled to February 4, 2013 at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   November 30, 2012              _____
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

19711003.2