**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Elizabeth Shea and Barbara Gurtin, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Ryla Teleservices, Inc.<br><br>Defendant. | **1:11-CV-00626-AWI-BAM**<br><br>**The Honorable Judge Anthony W. Ishii**<br><br>**ORDER GRANTING JOINT STIPULATION TO RESCHEDULE FAIRNESS HEARING**<br><br>Date Action Filed: April 19, 2011 |

## **ORDER GRANTING JOINT STIPULATION FOR SETTLEMENT**

For the reasons set forth in the parties' Joint Stipulation, the Fairness Hearing in this matter is hereby rescheduled to February 25, 2013 at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:  January 14, 2013                                    _____
                                                                                         SENIOR  DISTRICT  JUDGE