Allegra J. Lawrence-Hardy, GA Bar No. 439797*
*allegra.lawrence-hardy@sutherland.com*
Bryan M. Ward, CA Bar No. 218649
*bryan.ward@sutherland.com*
Lee A. Peifer, GA Bar No. 367028*
*lee.peifer@sutherland.com*
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, Georgia  30309-3996
Tel.: (404) 853-8000
Fax: (404) 853-8806

*admitted pro hac vice*

Attorneys for Defendant Ryla Teleservices, Inc.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Elizabeth Shea and Barbara Gurtin, individually, on behalf of other similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> Ryla Teleservices, Inc., <br><br> Defendant. | Case No. 1:11-cv-00626-AWI-BAM |

**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

THIS MATTER is before the Court upon the Defendant's Request to Seal documents. The Court having reviewed the Request to Seal Documents, and being fully advised of its premises, it is hereby ORDERED AND ADJUDGED that the Request is GRANTED.

DONE AND ORDERED this <u>25th</u> day of  <u>February, 2013</u>.

<u>/s/ ANTHONY W. ISHII</u><br>
Hon. Anthony W. Ishii<br>
United States District Judge