# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Shea and Barbara Gurtin, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Ryla Teleservices, Inc.<br><br>Defendant. | Case No. 1:11-cv-0626-AWI-BAM<br><br>**ORDER ON JOINT MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT** |

This matter came before the Court on the Parties' Joint Motion for Final Approval of FLSA Settlement. Based on the submissions of the parties, the parties' motion is **GRANTED** in its entirety.

The Parties' settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the FLSA. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982.) Further, Plaintiffs' counsel's attorney's fees, costs, and the service payments to the Named Plaintiffs are approved.

This matter is **DISMISSED WITH PREJUDICE**, without fees, costs or disbursements, to any party except as provided in the Parties' settlement agreement.

Dated: February 25, 2013        /s/ ANTHONY W. ISHII

                                          Hon. Judge Anthony W. Ishii
                                          United States District Judge

[PROPOSED ORDER]

20189558.1